```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                    Case No. 06-cr-171-PB

**Lucien Arsenault**

### O R D E R

The defendant has moved to continue the November 7, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from November 7, 2006 to January 9, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 30, 2006 final pretrial conference is continued until December 18, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2006

cc:   Jonathan Saxe, Esq.
      Jennifer Davis, Esq.
      United States Probation
      United States Marshal