**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                    Case No. 06-cr-171-PB

<u>Lucien Arsenault</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the January 9, 2007 trial in the above case, citing the need for additional time to complete a drug treatment program in which he is currently enrolled. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 9, 2007 to April 3, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 18, 2006 final pretrial conference is continued to March 21, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 18, 2006

cc: Jonathan Saxe, Esq.
    Jennifer Cole-Davis, AUSA
    United States Probation
    United States Marshal