Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                   Crim. No. 06-CR-171-01-PB

Lucien Arsenault

On July 26, 2007 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Lucien Arsenault be discharged from Supervised Release.

Respectfully submitted,

_____
Kristin M. Cook
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _20th_ day of _May_, 20_10_.

_____
Paul J. Barbadoro
U.S. District Judge